**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: HORTON, CHARLES P., III § | Case No. 10-15730 |
| HORTON, DIANA § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 01/05/2012 in Courtroom 250, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  11/06/2011          By:  JOSEPH R. VOILAND
                                                                                                     Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: HORTON, CHARLES P., III § Case No. 10-15730
     HORTON, DIANA § 
 § 
Debtor(s) § 

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

|  |  |
|---|---:|
| *The Final Report shows receipts of* | $ 5,000.07 |
| *and approved disbursements of* | $ 75.00 |
| *leaving a balance on hand of* [1] | $ 4,925.07 |
| **Balance on hand:** | $ 4,925.07 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None |  |  |  |  |  |

|  |  |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,925.07 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JOSEPH R. VOILAND | 1,250.01 | 0.00 | 1,250.01 |
| Trustee, Expenses - JOSEPH R. VOILAND | 106.37 | 0.00 | 106.37 |
| Attorney for Trustee, Fees - Joseph R. Voiland | 1,386.50 | 0.00 | 1,386.50 |
| Attorney for Trustee, Expenses - Joseph R. Voiland | 186.08 | 0.00 | 186.08 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 3,178.96 |
| Remaining balance: | $ 1,746.11 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:                                              $     1,746.11

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $9,383.91 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9P | Illinois Department of Revenue | 2,027.95 | 0.00 | 377.35 |
| 12P | Department of the Tresury | 7,355.96 | 0.00 | 1,368.76 |

Total to be paid for priority claims:   $     1,746.11
Remaining balance:                      $         0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 77,649.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 7,319.05 | 0.00 | 0.00 |
| 2 | Fifth Third Bank | 863.25 | 0.00 | 0.00 |
| 3 | Fifth Third Bank | 11,251.83 | 0.00 | 0.00 |
| 4 | Fifth Third Bank | 1,368.02 | 0.00 | 0.00 |
| 5 | Chase Bank USA, N.A. | 5,357.86 | 0.00 | 0.00 |
| 6 | Chase Bank USA, N.A. | 1,086.38 | 0.00 | 0.00 |
| 7 | Chase Bank USA, N.A. | 1,257.98 | 0.00 | 0.00 |
| 8 | The Cleaning Authority | 75.00 | 0.00 | 0.00 |
| 9U | Illinois Department of Revenue | 356.69 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 10 | JPMorgan Chase Bank, NA | 6,345.98 | 0.00 | 0.00 |
| 11 | Chase Bank USA,N.A. | 1,149.73 | 0.00 | 0.00 |
| 12U | Department of the Tresury | 370.28 | 0.00 | 0.00 |
| 13 | FIA Card Services, NA as succ. to Bank of America | 40,847.58 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOSEPH R. VOILAND
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                                United States Bankruptcy Court
                                 Northern District of Illinois

In re:                                                                 Case No. 10-15730-MB
Charles P. Horton                                                      Chapter 7
Diana Horton
            Debtors                     CERTIFICATE OF NOTICE
District/off: 0752-1           User: pgordon                Page 1 of 3                    Date Rcvd: Nov 30, 2011
                               Form ID: pdf006              Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2011.
db/jdb       #+Charles P. Horton, III,    Diana Horton,    13N488 High Chapparel Ct.,    Elgin, IL 60124-7953
15393210     +A-Tri County Driving School, Inc.,    1590 Weatherstone Lane, Unit 8,    Elgin, IL 60123-2059
15631201     +Assoc in Ent. Head, & Neck Surgery,    2050 Larkin Ave., Ste 102,    Elgin, IL 60123-5888
15393211      Bank of America,    POB 851001,    Dallas, TX 75285-1001
15393212      Bank of America Home Loans,    POB 650070,    Dallas, TX 75265-0070
16115595     +Capital One,    P O Box 105474,    Atlanta, GA 30348-5474
16115596     +Chase,    POB 9001022,    Louisville, KY 40290-1022
15393213      Chase - Cardmember Service,    POB 15153,    Wilmington, DE 19886-5153
16736789      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16833532     +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
               Dallas, TX 75374-0933
15393214      Citi,    POB 183041,    Columbus, OH 43218-3041
15393215      Citi Cards,    POB 688901,    Des Moines, IA 50368-8901
15393216      Citizens Automobile Finance,    POB 42002,    Providence, RI 02940-2002
15631202     +Comcast Cable,    POB 3002,    Southeastern, PA 19398-3002
15631203     +Consolidated Public Services,    POB 2564,    Decatur, IL 62525-2564
15393224     +Department of the Tresury,    Internal Revenue Service,    P O Box 7346,
               Philadelphia, PA 19101-7346
15393218      ENH Laboratory Services-CLIN,    9851 Eagle Way,    Chicago, IL 60678-0001
15393219      Fifth Third Bank,    POB 740789,    Cincinnati, OH 45274-0789
16730499     +Fifth Third Bank,    PO BOX 829009,    Dallas, TX 75382-9009
15631204     +Green Tee North,    700 Kingsland Dr.,    Batavia, IL 60510-2297
15393220      Home Depot Credit Services,    Processing Center,    Des Moines, IA 50364-0500
15393221     +Howe Real Estate Services, Inc.,    333 E. Jackson St.,    Woodstock, IL 60098-3407
15393222    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court:  Illinois Department of Revenue,    Bankruptcy Section, Level 7-425,
               100 W. Randolph St.,    Chicago, IL 60106)
16741220      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
15393223     +Illinois State Bank,    1301 Pyott Rd.,    Lake in the Hills, IL 60156-9795
15393226      Medical Recovery Specialists, Inc.,    % Sherman Hospital,    2250 E. Devon Ave., Ste. 352,
               Des Plaines, IL 60018-4519
15393227      National City Bank,    Commercial Services,    POB 1030,    Oshtemo, MI 49077-1030
15393229     +Northwest Professional Building,    Condominium Association,    1590 Weatherstone Lane,
               Elgin, IL 60123-2059
15393230      Sherman Health,    3551134 Eagle Way,    Chicago, IL 60678-1351
15393231     +Sherman Hospital,    934 Center Street,    Elgin, IL 60120-2125
15393232     +The Cleaning Authority,    Attn: David Robak,    600 Industrial Dr. #L,    Cary, IL 60013-1952
15393233     +Valley Bell Credit Union,    733 W. Chicago St.,    Elgin, IL 60123-6258
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15631198     +E-mail/Text: bankrup@nicor.com Dec 01 2011 02:39:22     (NICOR) Northern Illinois Gas,
               Attention Bankruptcy & Collections,    PO Box 549,    Aurora IL 60507-0549
15631199     +E-mail/Text: legalcollections@comed.com Dec 01 2011 02:41:43      ComEd Company,
               Attn Revenue Management Dept,    2100 Swift Drive,    Oak Brook IL 60523-1559
15393217      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 01 2011 04:28:52      Discover,    POB 6103,
               Carol Stream, IL 60197-6103
16698199      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 01 2011 04:28:52      Discover Bank,
               Discover Products Inc.,    PO Box 3025,    New Albany, OH  43054-3025
17142290      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 01 2011 04:26:44
               FIA Card Services, NA as succ. to Bank of America,    and MBNA America Bk etal,
               by American InfoSource LP as its agent,    PO Box 248809,    Oklahoma City, OK  73124-8809
16756218     +E-mail/Text: BK.Notifications@jpmchase.com Dec 01 2011 02:40:09      JPMorgan Chase Bank, NA,
               Attn: Joseph Padilla,    201 N. Central Ave.,    AZ1-1024,    Phoenix, AZ 85004-0073
15393225      E-mail/PDF: cr-bankruptcy@kohls.com Dec 01 2011 04:29:50      Kohl's,    Bill Payment Center,
               POB 2983,    Milwaukee, WI 53201-2983
15393228      E-mail/Text: rayres@nicor.com Dec 01 2011 02:43:03      Nicor Solutions,    POB 3042,
               Naperville, IL 60566-7042
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15393234     ##Wells Fargo Financial Cards,    POB 98795,    Las Vegas, NV 89193-8795
                                                                                    TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1          User: pgordon              Page 2 of 3             Date Rcvd: Nov 30, 2011
                              Form ID: pdf006            Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 02, 2011**                     **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: pgordon            Page 3 of 3         Date Rcvd: Nov 30, 2011
                              Form ID: pdf006          Total Noticed: 40
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2011 at the address(es) listed below:
          Amy A Aronson   on behalf of Creditor  Valley Bell Credit Union amyaronson@comcast.net,
           amyaronson@comcast.net
          Christopher T Conrad   on behalf of Creditor  Illinois State Bank, a division of North Shore Bank,
           FSB cconrad@wilfordconrad.com
          Joseph  Voiland   jrvoiland@sbcglobal.net,  IL43@ecfcbis.com
          Joseph R Voiland   on behalf of Plaintiff Trustee Joseph Voiland jrvoiland@sbcglobal.net
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Roy  Safanda, Esq   on behalf of Debtor Charles Horton rsafanda@xnet.com
          Stephen C Needham   on behalf of Creditor  BANK OF AMERICA sneedham@noonanandlieberman.com,
           igarza@noonanandlieberman.com;ccocanig@noonanandlieberman.com
                                                                                                TOTAL: 7